UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN CHRISTOPHER JAMES,

        Petitioner,

vs.                                Case No. 3:04-cv-297-J-12MMH

WARDEN DON GLADISH,
et al.,

        Respondents.
_____

**ORDER**

This cause is before the Court on a Motion for Leave of Court for a Second Expansion of Time in Which to File Certificate of Appealability (Doc. #25) and a Petition for Certificate of Appealability (Doc. #26/27). On April 24, 1996, the President signed into law amendments to 28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C. § 848(q). As a result, this Court should grant an application for a certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right. To make this substantial showing, Petitioner "must demonstrate that the issues are debatable among jurists of

reason" or "that a court could resolve the issues [differently]." Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983) (citation omitted). In addition, Petitioner could show "the questions are adequate to deserve encouragement to proceed further." Id.

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Hernandez v. Johnson, 213 F.3d 243, 248 (5th Cir.), cert. denied, 531 U.S. 966 (2000). When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 532 U.S. 1009 (2001). Petitioner has failed to make the requisite showing.

Therefore, it is now

**ORDERED:**

1. Petitioner's December 27, 2005 (pursuant to the mailbox rule), Motion for Leave of Court for a Second Expansion of Time in Which to File Certificate of Appealability (Doc. #25) is **GRANTED**,

and Petitioner's Petition for Certificate of Appealability is deemed to be timely filed.

    2.   Petitioner's January 5, 2006 (pursuant to the mailbox rule), Petition for Certificate of Appealability (Doc. #26/27) is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 1ST day of February, 2006.

                                        Howell W. Melton
                                UNITED STATES DISTRICT JUDGE

sa 1/30
c:
Steven Christopher James
Ass't Attorney General (Dakan)
USCA